# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH WEINSTEIN,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>EQUIFAX INFORMATION<br>SERVICES LLC, et al.,<br>　　　Defendants. | CV 17-8704 DSF (JEMx)<br><br>Order Discharging Order to<br>Show Cause |

The Order to Show Cause is discharged.

IT IS SO ORDERED.

Date: April 25, 2019

　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge