# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH WEINSTEIN,<br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br>    Defendants. | CV 17-8704 DSF (JEMx)<br><br>Order DENYING Application to Seal (Dkt. No. 59) |

 The Court agrees with Plaintiff that Defendant's application to seal is meritless. There is no compelling reason to file any of the documents at issue under seal. The application is DENIED.

 The declaration in support of sealing is essentially boilerplate. Assertions are made about revelation of computer systems and use by criminals. Nothing about the primary document at issue could in any apparent way compromise computer systems or be of any use to any criminals.[1] Nor is it of any apparent use to any of Defendant's competitors. It may be something that Defendant would like to keep secret because of bad publicity or some other reason, but those reasons are not compelling to anyone but Defendant.

---

[1] The other documents at issue discuss the primary document, which is a portion of Defendant's policy manual pertaining to the treatment of court documents.

IT IS SO ORDERED.

Date: April 25, 2019

_____

Dale S. Fischer
United States District Judge