# Exhibit 1

```
 1              Mr. Fuller represents Fidelity.  He may have
 2   some questions, but let's just take about a ten-minute
 3   break, and then I'll let you know if I have any more
 4   questions; okay?
 5   A.     Okay.
 6          MR. BRENNAN:  Okay.  Break time.
 7          (A discussion was held off the record.)
 8          MR. BRENNAN:  Okay.  All right.  Ms. Melio,
 9   first of all -- okay.  Just a second.
10          Ms. Melio and Juan, thank you very much for your
11   time today.  I have just a couple more questions, and
12   then we may be -- we may be over pretty soon.
13          Okay.
14          THE WITNESS:  Okay.
15   BY MR. BRENNAN:
16   Q.     If you could -- and what I marked as Exhibit
17   No. 5, if you look at Experian Page 120 --
18   A.     Okay.
19   Q.     -- and there's -- at the top of the page, under
20   the section called "Insufficient Proof Document
21   Provided," it says "Send Paragraph 169"; okay?
22          Now, if you would, I'd like you to take a look
23   at what's called the DR log, which, in this case, is
24   Experian Page No. 94.  I sent, to Juan, a series of
25   pages, pages 93 through 99.
```

| | |
|---|---|
| 1 | MR. BRENNAN: Juan do you have Pages 93 to 99? |
| 2 | MR. ALCALDE: Yes. |
| 3 | MR. BRENNAN: Okay. I'll mark that as Exhibit |
| 4 | No. 7. So I'm remarking Exhibit No. 7. |
| 5 | MR. ALCALDE: Okay. |
| 6 | MR. BRENNAN: Okay. |
| 7 | (Plaintiff's Exhibit 7 was marked for |
| 8 | identification by the Court Reporter, |
| 9 | and a copy is attached hereto.) |
| 10 | BY MR. BRENNAN: |
| 11 | Q. Okay. Ms. Melio, if you would, take a look at |
| 12 | Page No. 94, which is called the "DR Log." |
| 13 | Do you recognize this DR log? |
| 14 | A. No. |
| 15 | Q. Do you recognize the type of document it is? |
| 16 | A. The what? |
| 17 | Q. Do you recognize the form of document or the |
| 18 | type of document? |
| 19 | A. I recognize the DR log. |
| 20 | Q. Okay. On this DR log, does it indicate that |
| 21 | Paragraph 169 was ever sent to Ms. Weinstein? |
| 22 | A. No. |
| 23 | Q. Okay. Now, taking a look at Exhibit No. 6, |
| 24 | which is the ACDV form, looking at the ACD form [sic], |
| 25 | and looking also, again, at Page No. 120, Point No. 2 |