Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Avenue, Suite D
Montrose, Ca. 91020
TEL. [818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff: Hannah Weinstein

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH WEINSTEIN, an Individual; | Case No.: 2:17-cv-08704-DSF-JEM |
| Plaintiff, | Hon. Dale S. Fischer |
| vs. | |
| EQUIFAX INFORMATION SERIVCES LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., is a Corporation; FIDELITY CAPITAL HOLDINGS, INC., is a business entity, form unknown; and DOES 1-10, Inclusive, | ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., *ONLY* |
| Defendants. | |

Plaintiff Hannah Weinstein and Defendant Experian Information Solutions, Inc. have announced to the Court that all matters in controversy between them have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Hannah Weinstein against Defendant Experian Information Solutions, Inc. are in all respects dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 12, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE